**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of Texas
(State)

Case number (if known): _____ Chapter 7

☐ Check if this is an amended filing

## Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*
   ☒ Chapter 7
   ☐ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**

   SGR Energy, Inc.

3. **Other names you know the debtor has used in the last 8 years**

   SGR Energy, LLC

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☒ Unknown

   EIN ___ – _____

5. **Debtor's address**

   **Principal place of business**

   | 3707 | Farm to Market 1960 Rd W |
   |---|---|
   | Number | Street |

   #500

   | Houston | | TX | 77068 |
   |---|---|---|---|
   | City | | State | ZIP Code |

   Harris
   County

   **Mailing address, if different**

   | 14405 | WALTERS RD S |
   |---|---|
   | Number | Street |

   _____
   P.O. Box

   | Houston | | TX | 77014 |
   |---|---|---|---|
   | City | | State | ZIP Code |

   **Location of principal assets, if different from principal place of business**

   | 1018 | Bentwater Drive |
   |---|---|
   | Number | Street |

   | Montgomery | | TX | 77356 |
   |---|---|---|---|
   | City | | State | ZIP Code |

Debtor  SGR Energy, Inc.
        Name                                                              Case number (if known) _____

6. **Debtor's website** (URL)    n/a

7. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**

   Check one:
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the types of business listed.
   - ☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

   - ☒ No
   - ☐ Yes. Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
                         MM / DD / YYYY

     Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
                         MM / DD / YYYY

## Part 3: Report About the Case

10. **Venue**

    Check one:
    - ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    At least one box must be checked:

    - ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**

    - ☒ No
    - ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor  SGR Energy, Inc.
Name

Case number (if known) _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Mediterranea di Navigazione SpA | Judgment | $ 2,067,269 |
| Pan American Railway | Railcar Lease, Service Contract | $ 100,627.35 |
| Inchcape Shipping Services | Ship chandlering, agency | $ 16,837.55 |
| Further claims on attached page | Total of petitioners' claims | $ 2,264,637.24 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

Mediterranea di Navigazione SpA
Name

Piazza Caduti sul Lavoro, 3
Number  Street

Ravenna RA    Italy    48100
City          State    ZIP Code

Name and mailing address of petitioner's representative, if any

_____
Name

As Above
Number  Street

_____
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8 JUL 2022

Mediterranea di Navigazione S.p.A.
X DOTT. PAOLO CAGNONI
IL PRESIDENTE
Signature of petitioner or representative, including representative's title
THE CHAIRMAN

**Attorneys**

J. Stephen Simms
Printed name

Simms Showers LLP
Firm name, if any

201 International Circle
Number  Street

Baltimore    MD    21030
City         State ZIP Code

Contact phone 443-290-8704    Email jssimms@simmsshowers.com

Bar number 4269

State Maryland

X _____
Signature of attorney

Date signed  8 JUL 2022
             MM / DD / YYYY

Debtor  **SGR Energy, Inc.**
Name

Case number (if known) _____

### Name and mailing address of petitioner

Pan American Railway Company
Name

5718 Westheimer  Suite 800
Number    Street

| Houston | TX | 77057 |
|---|---|---|
| City | State | ZIP Code |

### Name and mailing address of petitioner's representative, if any

Gerardo Saavedra
Name

5718 Westheimer  Sutie 800
Number    Street

| Houston | TX | 77057 |
|---|---|---|
| City | State | ZIP Code |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/18/2022
         MM / DD / YYYY

✗ _[signature]_  Vice President
Signature of petitioner or representative, including representative's title

Paul J. Hammer
Printed name

Barron & Newburger, P.C.
Firm name, if any

7320 N. MoPac Expressway,  Suite 400
Number    Street

| Houston | TX | 76731 |
|---|---|---|
| City | State | ZIP Code |

Contact phone  512-476-9103    Email  phammer@bn-lawyers.com

Bar number  24089307

State  Texas

✗ *Paul Hammer*
Signature of attorney

Date signed  07/19/2022
         MM / DD / YYYY

### Name and mailing address of petitioner

Inchcape Shipping Services
Name

5/8 Lakeside Business Village, Fleming Road
Number    Street

| Chafford Hundred | Essex RM 16 6 EW United Kingdom | |
|---|---|---|
| City | State | ZIP Code |

### Name and mailing address of petitioner's representative, if any

Name
   As Above

Number    Street

| | | |
|---|---|---|
| City | State | ZIP Code |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
         MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

J. Stephen Simms
Printed name

Simms Showers LLP
Firm name, if any

201 International Circle
Number    Street

| Baltimore | MD | 21030 |
|---|---|---|
| City | State | ZIP Code |

Contact phone  443-290-8704    Email  jssimms@simmsshowers.com

Bar number  4269

State  Maryland

✗ _[signature]_
Signature of attorney

Date signed  07 /18/ 2022
         MM / DD / YYYY

Debtor     SGR Energy, Inc.
           _____
           Name

Case number (if known)_____

### Name and mailing address of petitioner

Name    Resolute Consulting Group LLC

3771 Syracuse Street
Number   Street

Houston         Texas        77005
City            State        ZIP Code

### Name and mailing address of petitioner's representative, if any

Name

Number  Street
              As Above
City            State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/21/2022
             MM / DD / YYYY

X _David Stephan_____
Signature of petitioner or representative, including representative's title

J. Stephen Simms
Printed name

Simms Showers LLP
Firm name, if any

201 Internatonal Circle, Suite 230
Number  Street

Baltimore        MD         21030
City             State      ZIP Code

Contact phone  443-290-8704   Email jssimms@simmsshowers.com

Bar number     4269

State          Maryland

X _____signature_____
Signature of attorney

Date signed  07/19/2022
             MM / DD / YYYY


### Name and mailing address of petitioner

Name    K-Solv Chemicals, LLC

952 Echo Lane, Suite 400
Number   Street

Houston          TX         77024
City             State      ZIP Code

### Name and mailing address of petitioner's representative, if any

    TODD RIDDLE
Name

Number  Street
              As Above
City            State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7/20/2022
             MM / DD / YYYY

X _T. Riddle_____
Signature of petitioner or representative, including representative's title

Aaron B. Greenbaum
Printed name

PUSATERI, JOHNSTON, GUILLOT & GREENBAUM, LLC
Firm name, if any

1100 Poydras St., Ste. 2250
Number  Street

New Orleans       Louisiana    70163
City              State        ZIP Code

Contact phone  (504) 620-2370  Email  aaron.greenbaum@pjgglaw.com

Bar number     24110938

State          __TX__

X _____signature_____
Signature of attorney

Date signed  07/20/2022
             MM / DD / YYYY

Official Form 205                Involuntary Petition Against a Non-Individual                page 5

**SGR Energy, Inc. – Further Claims – Attached page**

Resolute Consulting Group LLC

    Consulting Services                                    $32,800

K-Solve Chemicals, LLC

    Default Judgment                                      $45,103.34